# Exhibit 1

**District 1**

## Case Summary

**Case No. 2025L007982**

| | | | |
|---|---|---|---|
| Virginia Villa-Sanders -vs- CORELLE BRANDS ACQUISITION HOLDINGS f/k/a INSTANT BRANDS ACQUISITION HOLDINGS f/k/a CORELLE BRANDS LLC f/k/a INSTANT BRANDS, INC. f/k/a DOUBLE INSIGHT INC., d/b/a INSTANT POT COMPANY,MIDEA AMERICA CORPORATION,FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.,GUANGDONG MIDEA CONSUMER ELECTRIC ) MANUFACTURING COMPANY, LTD.,ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.,MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD. | § § § § § | Location: Judicial Officer: Filed on: Cook County Attorney Number: | **District 1** **Calendar, D** **06/23/2025** **56079** |

---

### Case Information

| | |
|---|---|
| Case Type: | Product Liabilty - Jury |
| Case Status: | **06/23/2025 Pending** |
| Case Flags: | **Case on Bankruptcy Calendar** |

---

### Assignment Information

**Current Case Assignment**

| | |
|---|---|
| Case Number | 2025L007982 |
| Court | District 1 |
| Date Assigned | 06/23/2025 |
| Judicial Officer | Calendar, D |

---

### Party Information

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Villa-Sanders, Virginia** | **Cesarone, Frank Vincent** *Retained* 803-447-7178(W) 26E ROLLING OAKS RD SUGAR GROVE, IL 60554 |
| **Defendant** | **CORELLE BRANDS ACQUISITION HOLDINGS f/k/a INSTANT BRANDS ACQUISITION HOLDINGS f/k/a CORELLE BRANDS LLC f/k/a INSTANT BRANDS, INC. f/k/a DOUBLE INSIGHT INC., d/b/a INSTANT POT COMPANY** | |
| | **FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.** | |
| | **GUANGDONG MIDEA CONSUMER ELECTRIC ) MANUFACTURING COMPANY, LTD.** | |
| | **MIDEA AMERICA CORPORATION** | |
| | **MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD.** | |
| | **ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.** | |

Printed on 04/07/2026 at 9:17 AM

**District 1**

## Case Summary

**Case No. 2025L007982**

---

### Events and Orders of the Court

---

08/22/2025   📄
 Summons Served - Corporation/Company/Business
  *Affidavit of Service of Summons on defendant, Media*
  Party: Plaintiff Villa-Sanders, Virginia
  *Affidavit of Service of Summons on defendant, Media*

08/19/2025   📄
 *CANCELED* **First Time Case Management** (10:00 AM) (Judicial Officer: Beach, Charles S., II)
  Resource: Location L2207 Court Room 2207
  Resource: Location D1 Richard J Daley Center
  *Order of Court*

08/08/2025   📄
 Summons Issued And Returnable
  *Summons to Corelle Brands*
  Party: Plaintiff Villa-Sanders, Virginia
  *Summons to Corelle Brands*

08/08/2025   📄
 Summons Issued And Returnable
  *Summons to Midea America*
  Party: Plaintiff Villa-Sanders, Virginia
  *Summons to Midea America*

07/24/2025   📄
 Strike From Case Management Call - Allowed (Judicial Officer: Lyons, Thomas V., II)
  Party: Plaintiff Villa-Sanders, Virginia

07/24/2025   📄
 Place On Bankruptcy Calendar - Allowed - (Judicial Officer: Lyons, Thomas V., II)
  Party: Plaintiff Villa-Sanders, Virginia

07/16/2025   📄
 Electronic Notice Sent
  Party: Plaintiff Villa-Sanders, Virginia
  Party 2: Attorney Cesarone, Frank Vincent

07/16/2025   📄
 Electronic Notice Sent
  Party: Plaintiff Villa-Sanders, Virginia
  Party 2: Attorney Cesarone, Frank Vincent

07/07/2025   📄
 Notice Filed
  *Plaintiff's Notice of Stay*
  Party: Plaintiff Villa-Sanders, Virginia
  *Plaintiff's Notice of Stay*

06/23/2025   New Case Filing

06/23/2025   📄
 Personal Injury (Product Liability) Complaint Filed (Jury Demand)
  *Complaint & Jury Demand (Villa-Sanders)*
  Party: Plaintiff Villa-Sanders, Virginia
  Party 2: Attorney Cesarone, Frank Vincent
  *Complaint & Jury Demand (Villa-Sanders)*

06/23/2025   📄
 Exhibits Filed
  *Civil Cover Sheet*
  Party: Plaintiff Villa-Sanders, Virginia
  Party 2: Attorney Cesarone, Frank Vincent
  *Civil Cover Sheet*